# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rafael Frias <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-14439 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2, and index same on the master mailing list.

Re: Loan # Ending In: 2627

                                                      Respectfully submitted,

                                                      **/s/Denise Carlon, Esquire**
                                                      Denise Carlon, Esquire
                                                      Thomas Puleo, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 627-1322  FAX (215) 627-7734