## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rafael Frias<br><br>                  Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br>                 Movant<br>      vs. | NO. 16-14439 REF |
| Rafael Frias<br><br>                  Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br><br>                 Trustee | |

### <u>ORDER</u>

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3881 Firebrick Road, Macungie, PA 18062 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

BY THE COURT:

**Date: March 21, 2017**

_____

Richard E. Fehling, US Bankruptcy Judge.

Rafael Frias
3881 Firebrick Road
Macungie, PA 18062

Mark C. Van Horn Esq.
5930 Hamilton Boulevard
Suite 104
Allentown, PA 18106

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532