United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14439-ref
Rafael Frias                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 1                  Date Rcvd: Mar 21, 2017
                              Form ID: pdf900             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db             +Rafael Frias,   3881 Firebrick Road,   Macungie, PA 18062-9277
cr             +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
13748326       +U. S. Bank National Assoc.,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13772906       +US Bank,as Trustee /Wells Fargo Bank,   dba America's Servicing Company,
                 1 Home Campus Attn : Payment Proc.,   MAC# X2302-04C,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KARINA VELTER    on behalf of Creditor    US Bank N.A. amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARK C. VAN HORN    on behalf of Debtor Rafael  Frias markcvhlaw@ptd.net, sabrinamcvhlaw@ptd.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rafael Frias<br>　　　　　　Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br>　　　　　　Movant<br>　　vs. | NO. 16-14439 REF |
| Rafael Frias<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　Trustee | |

## **ORDER**

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3881 Firebrick Road, Macungie, PA 18062 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

**Date: March 21, 2017**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Richard E. Fehling, US Bankruptcy Judge.

Rafael Frias
3881 Firebrick Road
Macungie, PA 18062

Mark C. Van Horn Esq.
5930 Hamilton Boulevard
Suite 104
Allentown, PA 18106

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532