UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

RAFAEL FRIAS

                                   : Bankruptcy No. 16-14439REF
      Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 6, 2017**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MARK C VAN HORN ESQ
5930 HAMILTON BLVD
STE 104
ALLENTOWN PA 18106

RAFAEL FRIAS
3881 FIREBRICK ROAD
MACUNGIE,PA.18062