United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-14439-ref
Rafael Frias                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen            Page 1 of 2              Date Rcvd: Apr 06, 2017
                              Form ID: pdf900           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
```
db          +Rafael Frias,    3881 Firebrick Road,    Macungie, PA 18062-9277
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13748316    +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
13748317    +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13760141     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13748318    +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
13832784     Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
13748320   ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
            (address filed with court: Gold Key Credit,    Attn: Bankruptcy,    Po Box 15670,
              Brooksville, FL 34604)
13760062    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13748321     Manley Deas Kochalski, LLC,    P.O. Box 165028,    Columbus, OH 43216-5028
13748322     Midland Funding LLC,    227 W. Trade St.,    STE 1610,    Charlotte, NC 28202-1676
13748323    +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
13759203    +Santander Consumer USA INC,    PO BOX 560284,    Dallas, TX 75356-0284
13825117    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13748326    +U. S. Bank National Assoc.,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13772906    +US Bank,as Trustee /Wells Fargo Bank,    dba America's Servicing Company,
              1 Home Campus Attn : Payment Proc.,    MAC# X2302-04C,    Des Moines,  IA 50328-0001
13748327    +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13748328    +Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
              Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: robertsl2@dnb.com Apr 07 2017 01:39:51     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:36
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13748319     +E-mail/Text: bknotice@erccollections.com Apr 07 2017 01:39:49      ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13748324     +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 01:30:45      SYNCB/Lowes,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
13748325     +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 01:30:47      Synchrony Bank/Walmart,
              Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Cathleen           Page 2 of 2                Date Rcvd: Apr 06, 2017
                              Form ID: pdf900          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:

        DENISE ELIZABETH CARLON    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

        DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com

        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

        KARINA VELTER    on behalf of Creditor    US Bank N.A. amps@manleydeas.com

        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

        MARK C. VAN HORN    on behalf of Debtor Rafael Frias markcvhlaw@ptd.net, sabrinamcvhlaw@ptd.net

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

RAFAEL FRIAS
                                                          : Bankruptcy No. 16-14439REF
            Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                          BY THE COURT

**Date: April 6, 2017**

                                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MARK C VAN HORN ESQ
5930 HAMILTON BLVD
STE 104
ALLENTOWN PA 18106

RAFAEL FRIAS
3881 FIREBRICK ROAD
MACUNGIE,PA.18062